# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY ANTUNA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. ED CV 14-1694 MRW <br><br> JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for further proceedings consistent with the Court's Order.

Date: May 12, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE