LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN ANTHONY ANTUNA, | ) | No.  ED CV 14-1694 MRW |
| | ) | |
|     Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| | ) | |
|     v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND FOUR HUNDRED SIXTY DOLLARS AND 00/100 ($2,460.00)

subject to the terms of the stipulation.

    DATE:  <u>August 4, 2015</u>   _____

              HON. MICHAEL R. WILNER
              UNITED STATES MAGISTRATE JUDGE